**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

<u>Lori Precourt, et al.</u>

    v.                              Civil No. 10-cv-337-LM

<u>Fairbank Reconstruction</u>
<u>Corp., et al.</u>

**SETTLEMENT REPORT**

    With the assistance of Chief Judge Laplante, the parties successfully resolved the case March 23, 2012.  An appropriate agreement for entry of judgment or stipulation for dismissal is to be filed within thirty (30) days.  LR 41.1.

    **SO ORDERED.**

                                                        _____
                                                        Landya B. McCafferty
                                                        United States Magistrate Judge

Date:  March 26, 2012
cc:  Paula J. Clifford, Esq.
     Christopher P. Dombrowicki, Esq.
     Andrew D. Dunn, Esq.
     Stephen P. Ellenbecker, Esq.
     D. Patterson Gloor, Esq.
     Robert E. Mazow, Esq.
     Brian D. Nolan, Esq.
     Stephen J. Schulthess, Esq.
     Shawn K. Stevens, Esq.
     Ralph A. Weber, Esq.