IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LORI PRECOURT, ADMINISTRATOR OF THE ESTATE OF CAROLYN BLACK,<br><br>        Plaintiff,<br><br>vs.<br><br>FAIRBANK RECONSTRUCTION CORP., d/b/a FAIRBANK FARMS, a foreign corporation, GREATER OMAHA PACKING COMPANY, INC., a foreign corporation and SHAW'S SUPERMARKETS, INC., a foreign corporation,<br><br>        Defendants. | Civil Action No. 1:10-cv-337-LM |

**STIPULATION FOR DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby stipulate that all claims asserted by plaintiff against the defendant Greater Omaha Packing Company ("GOPAC") and defendants Fairbank Reconstruction Corporation and Shaw's Supermarkets, Inc. ("Fairbank") in the above-captioned matter, are hereby dismissed with prejudice and without right of appeal, and without costs, interest, or attorneys' fees to plaintiff.  The parties stipulate further that Fairbank's claims for indemnification and contribution asserted against GOPAC, including Fairbank's claims for defense costs, expenses and fees, are dismissed without prejudice and all rights previously reserved by previous agreement between Fairbank and Greater Omaha shall not be affected by this dismissal.

Respectfully submitted,
**Plaintiffs,**
By their Attorneys,

GETMAN, SCHULTHESS & STEERE, PA.

/s/ Stephen J. Schulthess
Stephen J. Schulthess, Esq.
NH #2278
1838 Elm Street
Manchester, NH 03104
(603) 634-4300
sschulthess@gss-lawyers.com

/s/ Robert E. Mazow, Esq.
Robert E. Mazow, Esq.
NH #16943
Mazow | McCullough, PC
10 Derby Square, 4th Floor
Salem, MA 01970
Phone (978) 744-8000
rem@helpinginjured.com

Respectfully submitted,
**Greater Omaha Packing Company**
By their attorneys,

/s/ Andrew D. Dunn, Esq.
Andrew D. Dunn, Esquire (No. 696)
DEVINE, MILLIMET & BRANCH,
PROFESSIONAL ASSOCIATION
111 Amherst Street
Manchester, NH 03101
(603) 669-1000
ADunn@DevineMillimet.com

/s/ Stephen P. Ellenbecker, Esq.
D. Patterson Gloor
Stephen P. Ellenbecker
GLOOR LAW GROUP, LLC
225 West Wacker Drive
Suite 1800
Chicago, Ill 60606
sellenbecker@gloorlaw.com


Respectfully submitted,
**Fairbank Farms,**
By their attorneys,


/s/ Paula J. Clifford, Esq.
Paula J. Clifford, Esq. (#16215)
Bonner Kiernan Trebach & Crociata LLP
200 Portland Street, 4th Floor
Boston , MA 02114
(617) 426-3900
pclifford@bktc.net

and

/s/ Shawn K. Stevens, Esq.
Ralph A. Weber, Esq.
Shawn K. Stevens, Esq.
Gass Weber Mullins LLC
309 North Water Street, Suite 700
Milwaukee, WI  53202
(414) 223-3300
*weber@gasswebermullins.com*
*stevens@gasswebermullins.com*

May 17, 2012

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been sent to counsel of record this day via the Court's Electronic Case Filing system.

                                                By: /s/ Robert E. Mazow_____
                                                        Robert E. Mazow, Esq.
                                                        rem@helpinginjured.com